■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SIERRA, Appellant. [900 NYS2d 864]—Appeal from judgment of resentence, Supreme Court, New York County (Arlene Silverman, J.), rendered December 3, 2008, resentencing defendant to a term of five years, with $3^{1}/_2$ years of postrelease supervision, unanimously dismissed as moot, in that Supreme Court has granted defendant's motion to set aside the resentence. Concur—Mazzarelli, J.P., Sweeny, Catterson, Renwick and Manzanet-Daniels, JJ.

Motion to dismiss appeal as moot granted.